UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM BRADSHAW, <br><br> Plaintiff, <br><br> v. <br><br> CHESTNUT HILLS STUDIOS, GARY GEOFFREY AND TRACEY GEOFFREY, <br><br> Defendants. | * <br> * <br> * C.A. No.: <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## COMPLAINT

Plaintiff, William Bradshaw, hereby files this complaint to recover for unpaid wages and overtime in an amount exceeding $40,000.

## PARTIES

1. William Bradshaw is an individual who resides at 56 Old River Road, Lincoln, Rhode Island.

2. Chestnut Hills Studios is an entity with a place of business located at 1062 Taunton Avenue, Seekonk, Massachusetts.

3. Gary Geoffrey is an individual who conducts business at 1062 Taunton Avenue, Seekonk, Massachusetts.

4. Tracey Geoffrey is an individual who conducts business at 1062 Taunton Avenue, Seekonk, Massachusetts.

## JURISIDICTION AND VENUE

5. Jurisdiction exists as to the use under 28 U.S.C. § 1331.

6. Venue is appropriate pursuant to 28 U.S.C. § 1392(b).

## ALLEGATIONS

7. Mr. Bradshaw worked at Chestnut Hill Studios for approximately ten years.

8. In his position, he acted as a photographer.

9. He attended numerous schools and other locations to photograph students.

10. To perform his work he needed first to arrive at the studio. He then picked up equipment and drove to the location where photographs would be taken.

11. Following a photographic session, Mr. Bradshaw would need to pack up all of the photographic equipment.

12. He then would need to place it in a vehicle and return it to the studio.

13. Mr. Geoffrey refused to pay Mr. Bradshaw for the time spent driving from the studio to the photographic sessions and for the return trip to the studio.

14. As a result, he failed to receive pay for numerous hours of work.

15. Mr. Bradshaw also worked beyond forty hours on numerous weeks.

16. Mr. Geoffrey would not pay him overtime.

17. Accordingly, Mr. Bradshaw has lost significant sums.

### Count I
### (Violation of Mass. Gen. Laws Ch. 151, § 1A))

18. Mr. Bradshaw incorporates the allegations of paragraphs 1 through 17 as if fully set forth herein.

19. Chestnut Hill Studios has failed to pay Mr. Bradshaw overtime wages.

20. Mr. Bradshaw is entitled to such payment.

21. As a result, Mr. Bradshaw is entitled to an amount exceeding $40,000 plus payment of his attorney's fees.

## Count II
### (Violation of Mass. Gen. Laws Ch. 149, §§ 148, 150)

22. Mr. Bradshaw incorporates the allegations of paragraphs 1 through 21 as if fully set forth herein.

23. Chestnut Hill Studios has failed to pay Mr. Bradshaw more than $13,000 in wages.

24. Mr. Bradshaw is entitled to such payment.

25. As a result, Mr. Bradshaw is entitled to an amount exceeding $40,000 plus payment of his attorney's fees.

## Count III
### (Fair Labor Standards Act, 29 U.S.C. § 201)

26. Mr. Bradshaw incorporates the allegations of paragraphs 1 through 25 as if fully set forth herein.

27. Chestnut Hill Studios has failed to pay Mr. Bradshaw overtime wages.

28. Mr. Bradshaw is entitled to such payment.

29. As a result, Mr. Bradshaw is entitled to an amount exceeding $40,000 plus payment of his attorney's fees.

WHEREFORE, Mr. Bradshaw prays that the Court:

1. Enter judgment in favor of Mr. Bradshaw and against Defendants on Count I in an amount exceeding $40,000.

2. Enter judgment in favor of Mr. Bradshaw and against Defendants on Count II in an amount exceeding $40,000.

3. Enter judgment in favor of Mr. Bradshaw and against Defendants on Count III in an amount exceeding $40,000.

4. Award Mr. Bradshaw his attorney's fees.

5. Award Mr. Bradshaw interest and costs, which include attorney's fees.

6. Award such other and further relief as the court deems appropriate.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.

    WILLIAM BRADSHAW,

    By his attorney,

    LAW OFFICE OF
    CHRISTOPHER J. TROMBETTA


    /s/ Christopher J. Trombetta
    Christopher J. Trombetta (BBO No. 556923)
    190 Chauncy Street, Suite 101
    Mansfield, MA  02048
    (508) 339-5900
    chris@trombettalaw.com

Dated:  October 7, 2014